ERICA K. ROCUSH, SB #021297
Erica.Rocush@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Phoenix Plaza Tower II
2929 North Central Avenue, Suite 1700
Phoenix, Arizona 85012-2761
Telephone: 602.385.1040
Facsimile: 602.385.1051
*Attorneys for Defendant Foundation for Senior Living*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Mildred Jane Lindner, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>Foundation for Senior Living, an Arizona corporation,<br><br>    Defendant. | No. 2-18-cv-00630-DJH<br><br>**STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE** |

The parties stipulate to the dismissal of the above-captioned case with prejudice, each party to bear their own costs and attorneys' fees. The text of the proposed order is attached to this stipulation.

DATED this 19th day of July, 2018.

                                 **LEWIS BRISBOIS BISGAARD & SMITH LLP**


                                 By   /s/ *Erica K. Rocush*
                                        Erica K. Rocush
                                        *Attorneys for Defendant Foundation for Senior Living*

                               **ROBAINA & KRESIN PLLC**


                               By   /s/ *David C. Kresin* (with permission)
                                        Davod C. Kresin
                                        *Attorneys for Plaintiff*



4836-7067-6077.1

**CERTIFICATE OF SERVICE**

I hereby certify that on July 19, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing and deposited the same in the U.S. Mail to the following CM/ECF registrants:

David C. Kresin
ROBAINA & KRESIN, PLLC
5343 North 16th Street
Suite 200
Phoenix, AZ 85016
*Attorneys for Plaintiff*

  /s/ *Laura M. Nagelkirk*