# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mildred Jane Lindner, | No. CV-18-00630-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Foundation for Senior Living, | |
| Defendant. | |

The Court having reviewed the parties' Stipulated Request for Dismissal with Prejudice (Doc. 18), filed on July 19, 2018,

IT IS ORDERED approving the Stipulated Request (Doc. 18) and dismissing this action in its entirety, with prejudice, each party to bear its own attorneys' fees and costs.

IT IS FURTHER ORDERED directing the Clerk of Court to terminate this action.

**Dated** this 19th day of July, 2018.

Honorable Diane J. Humetewa
United States District Judge